UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY SHRONE PERSON, Petitioner, v. MELISSA ANDREWJESKI, Respondent. | No. 23-cv-5434-BJR<br><br>**ORDER DENYING MOTION TO REOPEN CASE AND DIRECTING PETITIONER TO FILE NO FURTHER PLEADINGS IN THIS CASE** |

On March 11, 2024, this Court issued an Order Adopting the Report and Recommendation of Magistrate Judge Theresa Fricke, and dismissed the 28 U.S.C. § 2254 petition of Petitioner, formerly known as Anthony Shrone Person (n/k/a Jafaka Meno Matiya, "Petitioner"). The Court entered the judgment on that day, and also denied a Certificate of Appealability. Several days later, Petitioner filed a Motion to Amend Judgment, which the Court denied. On September 12, 2024, the Ninth Circuit affirmed the denial of the Certificate of Appealability, finding that "appellant has not shown that 'jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Order at 1, Dkt. No. 116 (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

ORDER DENYING
MOTION TO REOPEN CASE- 1

Currently before the Court is Petitioner's Motion to Reopen Case, Dkt. No. 117, which Petitioner brings under Federal Rule 60(b)(6). Petitioner claims the magistrate judge failed to adequately review the record or hold a "mandatory" hearing, among other purported deficiencies, and seeks to "attack the integrity of the habeas proceedings" in this matter.

Plaintiffs' motion raises no issues that have not already been raised, and dispensed with, now by three successive courts. His motion fails to state cognizable grounds for reopening of this case, and is therefore DENIED. In addition, Petitioner's Motion "Memorandum to the Court Notice of Official Misconduct," Dkt. No. 118, is STRICKEN as having been filed in a closed case. No further filings will be accepted in this case.

SO ORDERED. Dated: December 23, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER DENYING
MOTION TO REOPEN CASE- 2